JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY KOHL, | ) | Case No.: CV 14-1802 DSF (CWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SUSAN TSUI GRUNDMAN, Chairperson Merit Systems Protection Board, | ) | |
| Defendant. | ) | |

The Court having found that it lacks subject matter jurisdiction, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendant recover her costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 6/16/14

Dale S. Fischer
United States District Judge